# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

FILED
MAY 03 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 23-196 JD |
| ) | |
| -vs- ) | |
| ) | |
| WILLIAM KERNER, ) | Violation: 18 U.S.C. § 1347 |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

At all times relevant to this Indictment:

### Introduction

1. The Medicaid Program ("Medicaid") was a cooperative federal and state program that provided federal and state funds to pay for health care benefits for certain income-eligible individuals. Medicaid was administered federally by the Centers for Medicare and Medicaid Services, a federal agency under the United States Department of Health and Human Services. In Oklahoma, Medicaid was administered by the Oklahoma Health Care Authority ("OHCA"), a state governmental agency located in Oklahoma City, Oklahoma. OHCA was responsible for reviewing and paying Medicaid claims submitted by approved health care providers.

2. Behavioral health counseling was a reimbursable health care benefit available to Medicaid beneficiaries.

3. To receive Medicaid reimbursement in Oklahoma, a health care provider had to enter into a Provider Agreement with OHCA and receive a provider number. Health care providers seeking Medicaid reimbursement submitted claims to OHCA that included the name and Medicaid provider number of the provider rendering the service, the name and Medicaid provider number of the provider's employer, the name and identification information of the Medicaid beneficiary to whom the service was provided, the date the service was provided, the type of service provided, and the length of service provided. Providers could submit claims for reimbursement electronically.

4. The reimbursement that health care providers received from OHCA was determined by Medicaid fee schedules based on the type and length of service. Payments to a provider were deposited electronically by the Oklahoma State Treasurer into the bank account of the provider's employer.

5. Quest MHSA, LLC ("Quest"), located in Antlers, Oklahoma, provided behavioral health counseling. Quest entered into a Provider Agreement with OHCA and was eligible for reimbursement from Medicaid.

6. **WILLIAM KERNER ("KERNER")** was a licensed behavioral health practitioner and independent contractor of Quest.

7. **KERNER** entered into a Provider Agreement with OHCA and was

2

eligible for reimbursement from Medicaid for providing behavioral health counseling services to Medicaid beneficiaries.

## COUNTS 1-30
## (Health Care Fraud)

8. The Federal Grand Jury re-alleges and incorporates by reference paragraphs 1 through 7 as though fully set forth herein.

### Purpose of the Scheme and Artifice

9. The purpose of the scheme and artifice to defraud was for **KERNER** to unlawfully enrich himself by submitting false and fraudulent Medicaid claims to OHCA for behavioral health counseling services that he did not render and rendered only in part.

### The Scheme and Artifice

10. It was part of the scheme and artifice to defraud that:

A. From January 2018 to June 2022, **KERNER** submitted and caused to be submitted, through Quest, approximately 3,252 false and fraudulent claims for reimbursement to OHCA for behavioral health counseling sessions that he purportedly provided to 31 Medicaid beneficiaries.

B. Relying on **KERNER's** fraudulent claims, OHCA reimbursed Quest approximately $229,838 for behavioral health counseling services that **KERNER** never provided and provided only in part.

C. Pursuant to an independent contractor agreement, Quest paid

3

**KERNER** a percentage of the reimbursement paid to Quest for each fraudulent claim submitted and caused to be submitted by **KERNER** to OHCA.

## Executions of the Scheme and Artifice

11. On or about the dates specified below as to each count, in the Western District of Oklahoma,

---------------------------------- **WILLIAM KERNER** ----------------------------------

knowingly and willfully executed and attempted to execute the above-described scheme and artifice to defraud Medicaid, a health care benefit program as defined in Title 18, United States Code, Section 24(b), and to obtain money from Medicaid by means of materially false and fraudulent pretenses, representations, and promises, all in connection with the delivery of and payment for health care benefits, items, and services. In particular, **KERNER**, through Quest, submitted and caused to be submitted the following false and fraudulent claims for reimbursement to Medicaid, for behavioral health counseling services that he never performed and performed only in part:

| Count | Date Claim Submitted to Medicaid | Purported Medicaid Client | Purported Date of Service | Amount Paid by Medicaid |
|---|---|---|---|---|
| 1 | 01/23/2018 | D.W. | 01/05/2018 | $68.72 |
| 2 | 04/10/2018 | D.W. | 03/23/2018 | $68.72 |
| 3 | 08/28/2018 | D.W. | 07/17/2018 | $70.80 |

4

| 4 | 12/18/2018 | D.W. | 11/27/2018 | $70.80 |
|---|---|---|---|---|
| 5 | 02/12/2019 | D.G. | 01/28/2019 | $70.80 |
| 6 | 02/26/2019 | D.W. | 02/07/2019 | $70.80 |
| 7 | 07/02/2019 | D.G. | 05/22/2019 | $70.80 |
| 8 | 08/13/2019 | D.W. | 08/07/2019 | $70.80 |
| 9 | 09/10/2019 | D.G. | 08/09/2019 | $70.80 |
| 10 | 10/30/2019 | D.W. | 10/18/2019 | $70.80 |
| 11 | 02/11/2020 | D.G. | 01/01/2020 | $70.80 |
| 12 | 04/14/2020 | D.W. | 04/13/2020 | $70.80 |
| 13 | 08/05/2020 | D.G. | 07/29/2020 | $70.80 |
| 14 | 10/13/2020 | D.W. | 10/12/2020 | $70.80 |
| 15 | 01/12/2021 | D.G. | 01/05/2021 | $70.80 |
| 16 | 03/31/2021 | J.P. | 03/30/2021 | $103.33 |
| 17 | 05/25/2021 | D.W. | 05/19/2021 | $70.80 |
| 18 | 06/08/2021 | D.G. | 03/30/2021 | $70.80 |
| 19 | 08/18/2021 | J.P. | 07/12/2021 | $70.80 |
| 20 | 09/15/2021 | D.W. | 09/13/2021 | $70.80 |
| 21 | 10/20/2021 | J.P. | 10/01/2021 | $70.80 |
| 22 | 12/14/2021 | D.W. | 12/09/2021 | $70.80 |
| 23 | 12/21/2021 | J.P. | 12/17/2021 | $70.80 |

5

| 24 | 12/21/2021 | D.W. | 12/15/2021 | $70.80 |
| 25 | 02/22/2022 | D.W. | 02/16/2022 | $70.80 |
| 26 | 03/09/2022 | J.P. | 03/03/2022 | $70.80 |
| 27 | 03/09/2022 | D.W. | 02/23/2022 | $70.80 |
| 28 | 04/05/2022 | J.P. | 03/29/2022 | $70.80 |
| 29 | 05/18/2022 | D.W. | 05/06/2022 | $70.80 |
| 30 | 06/14/2022 | J.P. | 06/07/2022 | $70.80 |

All in violation of Title 18, United States Code, Section 1347.

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

D.H. DILBECK
Assistant United States Attorney

CANDACE ARNOLD
Special Assistant United States Attorney

6

Court

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

JD

CR 23-196

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: **CR 23-196**

Charging Document: **Indictment**  No. of Defendants: 1  Total No. of Counts: 30  Sealed: Y ☑

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☑  Summons ☐  Notice ☐  N ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: mh

MAY 0 2 2023

| Name: **William Kerner** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1970 | SSN: 5359 | Race: White | Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:** | **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☑ Not in Custody   ☐ Detention Requested   Complaint: Y ☐ N ☑
☑ Type of Bond: OR
☐ In Custody at: _____   Magistrate Judge Case No.: MJ-
Inmate/Prisoner/Register No.: _____   Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

| ☐ Public Defender | Name: _____ | AUSA: D.H. Dilbeck |
| ☐ CJA Panel | Address: _____ | Agent/Agency: OAG |
| ☐ Retained | Phone: _____ | Local Officer/Agency: _____ |

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1-30 | 18 U.S.C. § 1347 | Health Care Fraud | NMT 10 years' imprisonment, $250,000 fine, o/b; NMT 3 years' supervised release; $100 special assessment. |

# RECEIVED
MAY 0 3 2023
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/D.H. Dilbeck   Date: 05/02/2023

1/22