OKWD Revised AO 442 (1/16/15)                                                                    11550 155

# UNITED STATES DISTRICT COURT    2364-0504-0671-J

## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
v. )                          Case Number: CR-23-196-JD
)
)                          **RECEIVED**
WILLIAM KERNER )
_____ )             MAY 0 3 2023
*Defendant*

**ARREST WARRANT**        U.S. MARSHALS W/OK

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WILLIAM KERNER _____ ,

who is accused of an offense or violation based on the following document filed with the court:

SEALED
[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint

[ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

18:1347 HEALTH CARE FRAUD



*WARRANT ISSUED.*
**5:11 pm, May 03, 2023**
CARMELITA REEDER SHINN, Clerk

**Regan Rosson, Deputy Clerk**        By: _____
**Oklahoma City, Oklahoma**                  Deputy Clerk

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |